AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

| | | |
|---|---|---|
| Amesbury Public Schools | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   21-CV-11279 LTS |
| Bureau of Special Education Appeals | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Amesbury Public Schools

Date:    08/16/2021

*Katie A. Meinelt*
*Attorney's signature*

Katie A. Meinelt, BBO #678903
*Printed name and bar number*
Sankey Meinelt & Fisher, LLP, 25 Braintree Hill Park,
Suite 200, Braintree, MA 02184

*Address*

kmeinelt@sankeylaw.com
*E-mail address*

(781) 930-3127
*Telephone number*

(781) 394-6123
*FAX number*

## CERTIFICATION

I hereby certify that a true copy of the above document was served upon the party and/or attorney for each other party by email on August 17, 2021.

Jeffrey M. Sankey