UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMESBURY PUBLIC SCHOOLS,<br><br>Plaintiff,<br><br>v.<br><br>BUREAU OF SPECIAL EDUCATION APPEALS of the MASSACHUSETTS DIVISION OF ADMINISTRATIVE LAW APPEALS, & JOHN DOE and JANE DOE,<br><br>Defendants. | CIVIL ACTION<br>NO. 21-CV-11279 |

## STIPULATION RE STATE DEFENDANT'S RESPONSE DATE

Plaintiff Amesbury Public Schools and Defendant Bureau of Special Education Appeals of the Massachusetts Division of Administrative Law Appeals ("BSEA") hereby stipulate and agree that the date by which BSEA must respond to the Complaint filed in the above-captioned matter will be extended through and including October 12, 2021.

Respectfully submitted,

| AMESBURY PUBLIC SCHOOLS | MASSACHUSETTS BUREAU OF SPECIAL EDUCATION APPEALS |
|---|---|
| By its attorneys, | By its attorney, |
| | MAURA HEALEY |
| /s/ *Jeffrey M. Sankey* | ATTORNEY GENERAL |
| Jeffrey M. Sankey, BBO # 551062 | |
| Katie A. Meinelt, BBO # 678903 | /s/ *Jennifer E. Greaney* |
| SANKEY, MEINELT & FISHER, LLP | Jennifer E. Greaney, BBO # 643337 |
| 25 Braintree Hill Park, Suite 200 | Assistant Attorney General |
| Braintree, MA 02184 | Government Bureau |
| (781) 930 3127 | One Ashburton Place |
| jsankey@sankeylaw.com | Boston, MA 02108 |
| kmeinelt@sankeylaw.com | (617) 963-2075 |
| Dated:  August 19, 2021 | jennifer.greaney@mass.gov |

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above document, filed electronically through the Court's electronic case filing system on August 19, 2021, will be sent electronically to all parties registered on the Court's electronic filing system, and paper copies of the document will be sent by first class mail, postage pre-paid, to non-registered parties.

                                        */s/ Jennifer E. Greaney*
                                        Jennifer E. Greaney
                                        Assistant Attorney General